Guerrero, et al. v. General Motors Corporation, et al.          Doc. 6

Case 1:06-cv-01539-LJO-SMS     Document 6     Filed 11/07/2006     Page 1 of 2

1    RICHARD C. WATTERS, ESQ. - 060162
     DOUGLAS L. GORDON, ESQ. - 163992
2              **LAW OFFICES OF**
        **MILES, SEARS & EANNI**
3        **A PROFESSIONAL CORPORATION**
             **2844 FRESNO STREET**
               **P.O.  BOX 1432**
4          **FRESNO, CALIFORNIA 93716**
           **TELEPHONE (559) 486-5200**

5      Attorneys for **Plaintiffs**

(SPACE BELOW FOR FILING STAMP ONLY)

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                            ***

11   MONIQUE GUERRERO, A Minor, by   ) NO.1:06-cv-01539-AWI-SMS
     and through her Guardian ad     )
12   Litem, ELIZABETH GUERRERO;      )
     ELIZABETH GUERRERO, Individually) **ORDER APPROVING**
13                                    ) **GUARDIAN AD LITEM**
                   Plaintiffs,       )
14                                    )
     vs.                             )
15                                    )
     GENERAL MOTORS CORPORATION;     )
16   TAKATA SEAT BELTS, INC.; and    )
     DOES 1 THROUGH 50,              )
17                                    )
                   Defendants.       )
18   _____)

19       Upon reading and filing the Petition of ELIZABETH GUERRERO,

20   praying that she be appointed Guardian Ad Litem of MONIQUE

21   GUERRERO, a minor, and on motion of Richard C. Watters of the law

22   firm of MILES, SEARS & EANNI, attorneys for petitioner, and good

23   cause appearing therefore,

24       IT IS HEREBY ORDERED that ELIZABETH GUERRERO be and she is

25   hereby appointed Guardian Ad Litem of MONIQUE GUERRERO, a minor,

26   for the purpose of instituting and prosecuting an action in this

27   Court on behalf of said minor to recover damages occasioned through

28   the negligence of defendants, above named, and upon the causes of

_____

*06cv01539.OGuerrero. Approving Guardian.wpd*

1  actions set forth in the Petition on file herein for the

2  appointment of Guardian Ad Litem.

3

4

5  IT IS SO ORDERED.

6  **Dated:    November 6, 2006**                    **/s/ Sandra M. Snyder**
   icido3                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*06cv01539.OGuerrero. Approving Guardian.wpd*