1    RICHARD C. WATTERS, ESQ.                    (SPACE BELOW FOR FILING STAMP ONLY)
2            - 060162
     DOUGLAS L. GORDON, ESQ. -
3            163992

4          LAW OFFICES OF
5       MILES, SEARS & EANNI

6       Attorneys for **Plaintiffs**

7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                         ***

11
     MONIQUE GUERRERO, A Minor, by   ) NO. 1:06-CV-01539-LJO-SMS
12   and through her Guardian ad     )
     Litem, ELIZABETH GUERRERO;      ) **STIPULATION RE FIRST**
13   ELIZABETH GUERRERO, Individually) **AMENDED COMPLAINT____; and**
                                      )
14                    Plaintiffs,    )
                                      )
15   vs.                             ) **ORDER ***
                                      )
16   GENERAL MOTORS CORPORATION;     )
     TAKATA SEAT BELTS, INC.; and    )
17   DOES 1 THROUGH 50,              )
                                      )
18                    Defendants.    )
     _____)
19

20       IT IS HEREBY STIPULATED by and among the parties to the above

21   matter, through their duly authorized attorneys of record, that

22   plaintiffs shall be permitted to file their FIRST AMENDED COMPLAINT

23   FOR STRICT LIABILITY; NEGLIGENCE; BREACH OF WARRANTY; EMOTIONAL

24   DISTRESS; AND PUNITIVE DAMAGES; AND REQUEST FOR JURY TRIAL, a copy

25   of which is attached hereto as **Exhibit "A"**. It is further

26   stipulated such FIRST AMENDED COMPLAINT shall be deemed properly

27   served upon all parties thereto upon entry of the court's order

28   approving the stipulation. The defendants' previously-filed Answers

_____
*06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd*

1  shall be deemed to respond to all allegations of this First Amended

2  Complaint, and all new material allegations in the First Amended

3  Complaint shall be deemed denied by defendants, and no further

4  responsive pleading shall be required.  This stipulation shall

5  become effective immediately upon execution and may be executed in

6  counterpart and/or by duplicate original.

7      **SO STIPULATED.**

8  DATED: May 2, 2007              MILES, SEARS & EANNI

9

10                                 BY:/s/Douglas L. Gordon, Esq.
                                      DOUGLAS L. GORDON
11                                    Attorneys for Plaintiffs

12  DATED: June 11, 2007            WILSON, PETTY, COSMO & TURNER

13
                                    /s/Christian S. Scott, Esq.
14                                 BY:(as authorized on 6/11/07
                                      CHRISTIAN S. SCOTT
15                                    Attorneys for Defendant
                                      GENERAL MOTORS CORPORATION
16

17  DATED: May 5, 2007

18
                                    /s/Eugene M. Genson, Esq.
19                                 BY:(as authorized on 5/5/07
                                      EUGENE M. GENSON
20                                    Attorneys for Defendant
                                      TAKATA SEAT BELTS, INC.
21

22

23

24

25

26

27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

1

2

3

4

5

6

7

8

9

10

11

12

13 **EXHIBIT "A" FOLLOWS**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

RICHARD C. WATTERS, ESQ.
- 060162
DOUGLAS L. GORDON, ESQ. -
163992

(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**MILES, SEARS & EANNI**

Attorneys for **Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

MONIQUE GUERRERO, A Minor;          ) NO: 1:06-CV-01539-LJO-SMS
**ISRAEL GUERRERO, A Minor;**        )
**JAZMINE GUERRERO, A Minor,** by    )
and through **their** Guardian ad    )
Litem, ELIZABETH GUERRERO;          )
ELIZABETH GUERRERO, Individually)    **FIRST AMENDED COMPLAINT**
                                     )  **FOR STRICT PRODUCT**
                     Plaintiffs,     )  **LIABILITY; NEGLIGENCE;**
                                     )  **BREACH OF WARRANTY; EMOTIONAL**
vs.                                  )  **DISTRESS; AND PUNITIVE DAMAGES**
                                     )
GENERAL MOTORS CORPORATION;         )
TAKATA SEAT BELTS, INC.; and        )
DOES 1 THROUGH 50,                  )
                                     )
                     Defendants.     )
_____)

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil
Procedure plaintiffs hereby demand a trial by jury on all counts
and as to all issues of their Complaint.

*06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd*

**\*  \*  \*  \*  \***

## JURISDICTION AND VENUE

1.   The  United  States  District  Court  has  original
jurisdiction under 28 U.S.C. Section 1332, in that it is a civil
action between citizens of different states in which the matter in
controversy exceeds, exclusive of costs and interest, seventy-five
thousand dollars ($75,000.00).

2.   Plaintiffs reside in the City of Tehachapi, County
of Kern, State of California, and are citizens of the State of
California.

3.   Defendant GENERAL MOTORS CORPORATION was  at  all
times  and  places  mentioned  herein,  and  now  is,  either  a  co-
partnership,  association  or  corporation,  duly  organized,  formed,
licensed to do business and doing business under and by virtue of
the laws of the State of Michigan and having its principal place of
business in the State of Michigan, and was at all times mentioned
herein  authorized  to  do  business  and  was  doing  business  in  the
State of California, under and by virtue of the laws of the State
of  California,  and  was  at  all  times  and  places  mentioned  herein
doing business in the State of California.

4.   Defendant TAKATA SEAT BELTS, INC. was at all times
and places mentioned herein, and now is, either a co-partnership,
association or corporation, duly organized, formed, licensed to do
business and doing business under and by virtue of the laws of  the

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1 | State of Delaware and having its principal place of business in the
2 | State of Texas and was at all times mentioned herein authorized to
3 | do business and was doing business in the State of California,
4 | under and by virtue of the laws of the State of California, and was
5 | at all times and places mentioned herein doing business in the
6 | State of California.

7 |      5.   Venue is proper in the United States District Court
8 | for the Eastern District of California in that all defendants are
9 | subject to personal jurisdiction in this district at the time the
10 | action is commenced, and there is no district in which the action
11 | may otherwise be brought.

12 |      6.   This matter arises from a single-vehicle automobile
13 | accident which occurred in Tehachapi, California on or about April
14 | 6, 2006.  This matter is thus properly commenced in the United
15 | States District Court for the Eastern District of California,
16 | sitting in Fresno, California, pursuant to the Federal Rules of
17 | Civil Procedure, 28 U.S.C. § 1391, and Eastern District Local Rule
18 | 3-120.

19 |      7.   The matter in controversy exceeds, exclusive of
20 | interest and costs, the sum of seventy-five thousand dollars
21 | ($75,000.00).

22 | **PRELIMINARY ALLEGATIONS**

23 |      8.   The defendants, and each of them, were the agents,
24 | servants, representatives and employees of the remaining

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1   defendants, and each of them, and were at all times herein acting

2   within the purpose and scope of said agency, service,

3   representation and employment.

4          9.  Plaintiffs are unaware of the true names and

5   capacities of defendants, DOE 1 through DOE 50, and therefore

6   plaintiffs sue said defendants by such fictitious names and will

7   move to amend to insert the true names of said defendants when the

8   true names, identities and acts giving rise to their liability in

9   regard to the above-entitled action become known to plaintiffs.

10  Plaintiffs are informed and believe and thereon allege that each of

11  the defendants designated herein as a DOE defendant is responsible

12  in some manner for the events and happenings referred to herein,

13  and for the dangerous and defective condition of property described

14  herein, and for negligently and wrongfully causing personal

15  injuries and emotional distress to plaintiffs.

16         10.  Prior to or coincident with the commencement of this

17  action, a Petition for Appointment of Guardian ad Litem having been

18  submitted to the court and an Order Approving Guardian ad Litem

19  having been signed by a Judge of this Court, ELIZABETH GUERRERO was

20  appointed Guardian Ad Litem of the minor plaintiff MONIQUE

21  GUERRERO, date of birth being February 15, 2001, by Order of the

22  above-entitled Court for the purpose of prosecuting this action.

23  That said Order has neither been modified nor vacated nor set aside

24  and that ELIZABETH GUERRERO is now the duly appointed, qualified

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd

1  and acting Guardian Ad Litem of the minor plaintiff MONIQUE
2  GUERRERO.

3         **11.  Prior to or coincident with the filing of this First**
4  **Amended Complaint for Damages, a Petition for Appointment of**
5  **Guardian ad Litem having been submitted to the court and an Order**
6  **Approving Guardian ad Litem having been signed by a Judge of this**
7  **Court, ELIZABETH GUERRERO was appointed Guardian Ad Litem of the**
8  **minor plaintiff ISRAEL GUERRERO, date of birth being November 20,**
9  **1998, and of the minor plaintiff JAZMINE GUERRERO, date of birth**
10 **being November 18, 2004, by Order of the above-entitled Court for**
11 **the purpose of prosecuting this action.  That said Order has**
12 **neither been modified nor vacated nor set aside and that ELIZABETH**
13 **GUERRERO is now the duly appointed, qualified and acting Guardian**
14 **Ad Litem of the minor plaintiffs ISRAEL GUERRERO and JAZMINE**
15 **GUERRERO.**

16                      **FIRST CAUSE OF ACTION**

17                  **STRICT PRODUCT LIABILITY**

18        **12.**  Plaintiffs restate and reiterate each and all of the
19 paragraphs and allegations set forth above, and make them part of
20 this cause of action as though fully set forth herein.

21        **13.**  Plaintiffs are informed and believe and upon such
22 information and belief allege, that at all times and places
23 mentioned herein, Defendants GENERAL MOTORS CORPORATION; TAKATA
24 SEAT BELTS, INC.; and DOES 1 through 50, and each of them, are in

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1   the business of designing, manufacturing, selecting component parts

2   for, assembling, manufacturing for sale, testing, inspecting,

3   conditioning, packaging, marketing, distributing, recommending,

4   selling, maintaining and repairing automobiles, or component parts

5   of automobiles, including plaintiff's vehicle and component parts

6   of plaintiffs' vehicle.

7       **14.** Plaintiffs are informed and believe, and upon such

8   information and belief allege, that the Defendants GENERAL MOTORS

9   CORPORATION; and DOES 1 through 50, sold plaintiff's vehicle, a

10  2005 General Motors Tahoe vehicle, VIN 1GNEC13V85J154653, in the

11  United States of America and that said vehicle was intended by the

12  defendants to be used as a motor vehicle on the public roads and

13  highways.

14      **15.** Plaintiffs are informed and believe, and upon such

15  information and belief allege, that the Defendants TAKATA SEAT

16  BELTS, INC.; and DOES 1 through 50, sold component parts which were

17  incorporated into plaintiff's vehicle, a 2005 General Motors Tahoe

18  vehicle, VIN 1GNEC13V85J154653, in the United States of America and

19  that said vehicle was intended by the defendants to be used as a

20  motor vehicle on the public roads and highways.

21      **16.** Defendants GENERAL MOTORS CORPORATION; TAKATA SEAT

22  BELTS, INC.; and DOES 1 through 50, knew that plaintiff's vehicle

23  would be purchased and used without inspection for defects by the

24  purchaser or user.

25

26

27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

1        **17.**  Plaintiffs' vehicle, a 2005 General Motors Tahoe

2  vehicle, VIN 1GNEC13V85J154653, and other similar vehicles, were

3  unsafe for its intended use by reason of defects in its design,

4  manufacture, assembly, inspection, distribution, recommendation for

5  sale, packaging, marketing, distributing, and maintenance in that,

6  among other things, the passenger restraints, including the

7  restraint for the center seat of the middle row, did not properly

8  retract the webbing into the retractor, and allowed the webbing to

9  become misaligned and crooked within the retractor structures, and

10  would become fixed and stuck in one position and not be able to be

11  retracted or pulled outwards, causing it to be difficult or

12  impossible to use to restrain certain persons in such seats,

13  including children with booster seats or larger children or adults;

14  and said vehicle lacked any warning whatever to users of the

15  hazards resulting from these defects.  These defects all rendered

16  plaintiffs' vehicle unsafe and exposed the occupants and users of

17  said vehicle, including plaintiffs, to foreseeable serious and

18  disabling injuries.

19        **18.**  That as a direct and proximate result of the defects

20  in the 2005 General Motors Tahoe vehicle as herein above noted, VIN

21  1GNEC13V85J154653, and of the acts, conduct, and omissions of said

22  defendants, and each of them, and of the unsafe and defective

23  conditions of said General Motors motor vehicle, Minor Plaintiff

24  MONIQUE GUERRERO suffered severe and painful injuries including,

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1   but not limited to, a T-3 vertebral body fracture; T-3 to T-4 facet
2   dislocation; middle and posterior spinal cord column injury;
3   ligamentous injuries posterior laterally around the T-3 with cord
4   contusion at the T-3 level; paraplegia with neurogenic bowel and
5   bladder; together with bruises and contusions about the body, and
6   Minor Plaintiff MONIQUE GUERRERO has been made to endure and will
7   continue to endure great physical pain and mental suffering and has
8   been totally impaired in her physical capacity, all of which will
9   result in certain total and permanent physical disabilities to
10  Minor Plaintiff MONIQUE GUERRERO, all to her general damages in an
11  amount in excess of the jurisdiction of this Court.

12      **19.**  As a further direct and proximate result of the
13  acts, conduct and omissions of the defendants, and each of them,
14  said Minor Plaintiff MONIQUE GUERRERO was required to and did
15  employ physicians, surgeons and nurses to examine, treat and care
16  for her, and did incur medical and incidental expenses in an amount
17  not now known to her, and Minor Plaintiff MONIQUE GUERRERO is
18  informed and believes, and upon such information and belief
19  alleges, that she will incur additional such expenses in the future
20  in an amount within the jurisdiction of this Court.

21      **20.**  As a further direct and proximate result of the
22  acts, conduct and omissions of the defendants, and each of them,
23  said Minor Plaintiff MONIQUE GUERRERO was prevented from pursuing
24  her usual occupation and activities, and plaintiff is informed and

25
26
27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

1  believes, and upon such information and belief alleges, that she

2  will be prevented from pursuing her usual occupation and activities

3  in the future, all to her damage in an amount within the

4  jurisdiction of this Court.

5       Wherefore, plaintiffs pray judgment against defendants,

6  and each of them, as set forth below.

7                  **SECOND CAUSE OF ACTION**

8              **PRODUCT LIABILITY - NEGLIGENCE**

9       **21.**  Plaintiffs restate and reiterate each and all of the

10  paragraphs and allegations set forth above, and make them part of

11  this cause of action as though fully set forth herein.

12       **22.**  Plaintiffs allege Defendants GENERAL MOTORS

13  CORPORATION; TAKATA SEAT BELTS, INC.;  and DOES 1 through 50, acted

14  negligently, recklessly, carelessly, without due care and in breach

15  of all applicable duties to the public at large and to plaintiffs

16  in particular, and omitted to act with due care in the design,

17  manufacture, assembly, inspection, distribution, recommendation for

18  sale, packaging, marketing, distributing, and maintenance of the

19  subject 2005 Chevrolet Tahoe vehicle as described herein above, VIN

20  1GNEC13V85J154653, and component parts thereof, and other similar

21  vehicles.

22       **23.**  As a direct and proximate result of the acts,

23  conduct and omissions of the defendants, and each of them, the

24  plaintiffs, and each of them, suffered damages as alleged

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

06cv01593.stipo.Guerrero.re 1st Amd Cmplt.wpd     12

1   hereinabove and herein below.

2           Wherefore, plaintiffs pray judgment against defendants,

3   and each of them, as set forth below.

4   ///

5                        **THIRD CAUSE OF ACTION**

6              **PRODUCT LIABILITY - BREACH OF WARRANTY**

7           **24.** Plaintiffs restate and reiterate each and all of the

8   paragraphs and allegations set forth above, and make them part of

9   this cause of action as though fully set forth herein.

10          **25.** Prior to and on the date of the purchase of

11  plaintiffs' General Motors Tahoe vehicle, VIN 1GNEC13V85J154653,

12  and at all times prior to April 6, 2006, the Defendants GENERAL

13  MOTORS CORPORATION; TAKATA SEAT BELTS, INC.;  and DOES 1 through

14  50, expressly and impliedly represented and warranted to plaintiffs

15  and to the general public that said vehicle and its component parts

16  were free from defects and in all respects safe for the use and in

17  the manner for which they were designed, manufactured and sold and

18  expressly  and  impliedly  warranted  that  said  vehicle  and  its

19  component  parts  were  of  merchantable  quality  and  fit  for  the

20  purpose intended, namely, to be driven and operated as a vehicle on

21  roadways  and  to  restrain  passengers  within  the  vehicle.   Said

22  warranties were both oral and in written form.

23          **26.** Plaintiffs  relied  on  said  warranties  and

24  representations of said defendants, and each of them, and on the

25

26

27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd   13

1  defendants' skill and judgment in the purchase of plaintiffs'

2  vehicle and said affirmations, promises and warranties became part

3  of the basis of the bargain.

4      **27**.  Plaintiffs' vehicle was not safe for the use and

5  purpose for which it was intended and was not of merchantable

6  quality and fitness for use as a result of the defects as herein

7  above alleged, and as a direct and proximate result of the said

8  breach of warranties, and the accident of April 6, 2006, plaintiffs

9  suffered injuries and damages as set forth herein.

10      Wherefore, plaintiffs pray judgment against defendants,

11  and each of them, as set forth below.

12                    **FOURTH CAUSE OF ACTION**

13                     **EMOTIONAL DISTRESS**

14        **PLAINTIFFS ELIZABETH GUERRERO, ISRAEL GUERRERO AND**

15                    **JAZMINE GUERRERO**

16      **28**.  Plaintiffs restate and reiterate each and all of the

17  paragraphs and allegations set forth above, and make them part of

18  this cause of action as though fully set forth herein.

19      **29**.  Plaintiff ELIZABETH GUERRERO is the natural mother

20  of Minor Plaintiff MONIQUE GUERRERO. **Minor Plaintiff ISRAEL**

21  **GUERRERO is the natural brother of Minor Plaintiff MONIQUE**

22  **GUERRERO.  Minor Plaintiff JAZMINE GUERRERO is the natural sister**

23  **of Minor Plaintiff MONIQUE GUERRERO.**

24      **30**.  That at all times and places mentioned herein,

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1  Plaintiff ELIZABETH GUERRERO was in close proximity to her daughter
2  as the above-described accident took place, in that she was the
3  operator of the subject vehicle at the time of the crash which
4  resulted in injuries and damages to Minor Plaintiff MONIQUE
5  GUERRERO. **At all times and places mentioned herein, Minor**
6  **Plaintiffs ISRAEL GUERRERO and JAZMINE GUERRERO were in close**
7  **proximity to their sister, MONIQUE GUERRERO, as the above-described**
8  **accident took place.** Plaintiff ELIZABETH GUERRERO **and Minor**
9  **Plaintiffs ISRAEL and JAZMINE GUERRERO each individually**
10 experienced a contemporaneous sensory awareness of injuries
11 sustained by **MONIQUE GUERRERO** at that time, and of the causal
12 connection between the injury-causing incident caused by defendants
13 herein and the resulting injuries to **MONIQUE GUERRERO,** causing
14 Plaintiff ELIZABETH GUERRERO **and Minor Plaintiffs ISRAEL and**
15 **JAZMINE GUERRERO** to suffer severe emotional distress.

16        **31.** Further, as a direct and proximate result of the
17 **fault,** acts, conduct and omissions of the defendants, and each of
18 them, Plaintiff ELIZABETH GUERRERO sustained certain severe and
19 painful emotional injuries, including, but not limited to, great
20 emotional distress and shock to the nerves and nervous system, as
21 well as mortification, humiliation, horror, grief, fright, shame,
22 ridicule, nausea and embarrassment, and said plaintiff is informed
23 and believes, and upon such information and belief alleges that she
24 will continue to suffer from the emotional injuries  for some
25
26
27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

1  indefinite period of time in the future, and that as a  direct and

2  proximate result of the said negligence, acts, conduct, and

3  omissions of the defendants, and each of them, said plaintiff has

4  been generally damaged in an amount in excess of the jurisdictional

5  limits.

6  **32.  As a further direct and proximate result of the**

7  **fault, acts, conduct and omissions of the defendants, and each of**

8  **them, Minor Plaintiffs ISRAEL GUERRERO and JAZMINE GUERRERO, and**

9  **each of them, sustained certain severe and painful emotional**

10  **injuries, including, but not limited to, great emotional distress**

11  **and shock to the nerves and nervous system, as well as**

12  **mortification, humiliation, horror, grief, fright, shame, ridicule,**

13  **nausea and embarrassment, and said Minor Plaintiffs are informed**

14  **and believe, and upon such information and belief allege that they**

15  **will continue to suffer from the injuries for some indefinite**

16  **period of time in the future, and that as a direct and proximate**

17  **result of the said negligence, acts, conduct, and omissions of the**

18  **defendants, and each of them, said Minor Plaintiffs have been**

19  **generally damaged in an amount in excess of the jurisdictional**

20  **limits.**

21  **33.**  As a further direct and proximate result of the

22  **fault,** acts, conduct and omissions of the defendants, and each of

23  them, said Plaintiff ELIZABETH GUERRERO **and Minor Plaintiffs ISRAEL**

24  **and JAZMINE GUERRERO were** required to and did employ physicians,

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd    16

1  **counselors**, **therapists**, and nurses to examine, treat and care for

2  **them**, and did incur medical and incidental expenses in an amount

3  not now known to **them**, and **these plaintiffs are** informed and

4  believe, and upon such information and belief allege, that **they**

5  will incur additional such expenses in the future in an amount

6  within the jurisdiction of this Court.

7       **34.**  As a further direct and proximate result of the

8  **fault**, acts, conduct and omissions of the defendants, and each of

9  them, said Plaintiff ELIZABETH GUERRERO **and Minor Plaintiffs ISRAEL**

10 **and JAZMINE GUERRERO were** prevented from pursuing **their** usual

11 occupation and activities, and plaintiffs **are** informed and believe,

12 and upon such information and belief allege, that **they** will be

13 prevented from pursuing **their** usual occupation and activities in

14 the future, all to **their** damage in an amount within the

15 jurisdiction of this Court.

16      Wherefore, plaintiffs pray judgment against defendants,

17 and each of them, as set forth below.

18 ///

19 ///

20 ///

21               **FIFTH CAUSE OF ACTION**

22                **PUNITIVE DAMAGES**

23       **35.**  Plaintiffs restate and reiterate each and all of the

24 paragraphs and allegations set forth above, and make them part of

25

26

27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

28

1   this cause of action as though fully set forth herein.

2          **36.**   Defendants GENERAL MOTORS CORPORATION; TAKATA SEAT

3   BELTS, INC.; and DOES 1-50, by engaging in the conduct alleged

4   herein above, and in the design and manufacture of the 2005

5   Chevrolet Tahoe vehicle, VIN 1GNEC13V85J154653, and in the design

6   and manufacture of the passenger restraints incorporated into such

7   vehicle, acted with malice and oppression, and acted with a willful

8   and conscious disregard of the rights or safety of others,

9   including Plaintiffs MONIQUE GUERRERO and ELIZABETH GUERRERO **and**

10  **ISRAEL GUERRERO and JAZMINE GUERRERO**, in that, among other things,

11  the said defendants knew of the defects incorporated into the

12  subject 2005 Chevrolet Tahoe vehicle, including but not limited to

13  the fact that the passenger restraints, including the restraint for

14  the center seat of the middle row, did not properly retract the

15  webbing into the retractor, and allowed the webbing to become

16  misaligned and crooked within the retractor structures, and would

17  become fixed and stuck in one position and not be able to be

18  retracted or pulled outwards, causing it to be difficult or

19  impossible to use to restrain certain persons in such seats,

20  including children with booster seats or larger children or adults;

21  and the said vehicle lacked any warning whatever to users of the

22  hazards resulting from these defects. Despite such knowledge, and

23  despite their awareness of the probable dangerous consequences of

24  their conduct, these defendants willfully and deliberately failed

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

1   to avoid those consequences.  Furthermore, the corporate state of

2   mind of these defendants was malicious and despicable, in that

3   these defendants willfully, intentionally and deliberately, and

4   with all requisite authorization and ratification by their officers

5   and managing agents, chose to incorporate such designs into the

6   vehicle referenced herein above, and willfully and deliberately

7   exposed plaintiffs and other members of the public to injury, even

8   though such defendants knew that it was highly probable harm would

9   result from such conduct, choices and designs, and Plaintiffs

10  MONIQUE GUERRERO and ELIZABETH GUERRERO **and ISRAEL GUERRERO and**

11  **JAZMINE GUERRERO** are therefore entitled to ask the jury to award

12  punitive and exemplary damages against Defendants GENERAL MOTORS

13  CORPORATION and TAKATA SEAT BELTS, INC. in an amount sufficient to

14  punish and make an example of Defendants GENERAL MOTORS CORPORATION

15  and TAKATA SEAT BELTS, INC., according to proof.

16      Wherefore, plaintiffs pray judgment against defendants, and

17  each of them, as follows:

18          a.   General damages, according to proof;

19          b.   Medical and incidental expenses, according to
                 proof;
20

21          c.   All losses because plaintiffs will not be able to
                 pursue their usual occupation and activities,
22               according to proof;

23          d.   For loss of financial support;

24          e.   For costs of suit herein;

25

26

27

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716
28

1          f.   For prejudgment interest; and

2          g.   For punitive and exemplary damages sufficient to
                punish and make an example of such defendants,
3                according to proof.

4    ///
           h.   For such other and further relief as the court
5                deems just and proper.

6
     DATED: June __15_, 2007
7
                              MILES, SEARS & EANNI
8

9
                              By:/s/Richard C. Watters, Esq.
10                                RICHARD C. WATTERS
                                  Attorneys for Plaintiffs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd          20

1    **Plaintiff is Ordered to file the 'First Amended Complaint' within five (5) days from service of this Order. ***

2

3    IT IS SO ORDERED.

4    **Dated:    June 20, 2007**              _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

06cv01593.stipo.Guerrero.re First Amd Cmplt.wpd              21