RICHARD C. WATTERS, ESQ. - 060162
DOUGLAS L. GORDON, ESQ. - 163992
LAW OFFICES OF
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for **Plaintiffs**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
***

| | |
|---|---|
| MONIQUE GUERRERO, A Minor, by and through her Guardian ad Litem, ELIZABETH GUERRERO; ELIZABETH GUERRERO, Individually<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION; TAKATA SEAT BELTS, INC.; and DOES 1 THROUGH 50,<br><br>Defendants. | NO. 1:06-CV-01539-LJO-SMS<br><br>**ORDER APPROVING GUARDIAN AD LITEM** |

Upon reading and filing the Petition of ELIZABETH GUERRERO, praying that she be appointed Guardian Ad Litem of ISRAEL GUERRERO and JAZMINE GUERRERO, minors, and on motion of Richard C. Watters of the law firm of MILES, SEARS & EANNI, attorneys for petitioner, and good cause appearing therefore,

IT IS HEREBY ORDERED that ELIZABETH GUERRERO be and she is hereby appointed Guardian Ad Litem of ISRAEL GUERRERO and JAZMINE GUERRERO, minors, for the purpose of instituting and prosecuting an action in this Court on behalf of said minors to recover damages occasioned through the negligence of defendants, above named, and upon the causes of actions set forth in the Petition on file herein

*06cv01539.o.Guerrero.Guardian minors.wpd*

1 | for the appointment of Guardian Ad Litem.
2 | IT IS SO ORDERED.
3 | **Dated:   June 21, 2007**          /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716