```
RICHARD C. WATTERS, ESQ. - 060162                    (SPACE BELOW FOR FILING STAMP ONLY)
DOUGLAS L. GORDON, ESQ. - 163992
              LAW OFFICES OF
         MILES, SEARS & EANNI
         A PROFESSIONAL CORPORATION
              2844 FRESNO STREET
                P.O. BOX 1432
         FRESNO, CALIFORNIA 93716
           TELEPHONE (559) 486-5200
```

Attorneys for **Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| MONIQUE GUERRERO, A Minor; ISRAEL GUERRERO, A Minor; JAZMINE GUERRERO, A Minor, by and through their Guardian ad Litem, ELIZABETH GUERRERO; ELIZABETH GUERRERO, Individually | NO. 1:06-CV-01539-LJO-SMS |
| Plaintiffs, vs. GENERAL MOTORS CORPORATION; TAKATA SEAT BELTS, INC.; and DOES 1 THROUGH 50, Defendants. | **STIPULATION AND ORDER RE MOTION TO COMPEL GENERAL MOTORS TO PRODUCE FURTHER RESPONSES; AND TO PRODUCE WITNESS GAY KENT FOR DEPOSITION** |

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant General Motors Corporation ("General Motors"), through their respective attorneys of record:

**1. <u>Document Production</u>**

General Motors determined that the proper vehicle scope with respect to the allegations in this matter is as follows: 1) GMT 820: 2003 - 2006 Chevrolet Tahoe, GMC Yukon and Cadillac Escalade; 2) GMT 830: 2003-2006 Chevrolet Suburban, GMC Yukon XL and Cadillac Escalade ESV; 3) GMT 880/800 crew cab pickups: 2003-2007 Chevrolet Silverado and GMC Sierra; 4) GMT 805: 2003-2006 Chevrolet

*06cv01539.stipo.Guerrero re mtn cmpl.wpd*

1  Avalanche; and 5) GMT 806: 2003-2006 Cadillac Escalade EXT.
2  Plaintiffs have insisted that General Motors produce specific
3  documents in connection with all seating positions for all vehicles
4  within the vehicle scope regardless of whether they involve the
5  same retractor manufacturer or design.

6      General Motors continues to maintain that the previously
7  defined vehicle scope is correct.  However, in the spirit of
8  cooperation, General Motors voluntarily agrees to produce certain
9  documents for all seating positions for all vehicles that are
10 within the following revised vehicle scope (the GMT 800 based
11 vehicle was introduced in the 1999 model year): GMT 820: 2000-2006
12 Chevrolet Tahoe, GMC Yukon and Cadillac Escalade; 2) GMT 830: 2000-
13 2006 Chevrolet Suburban, GMC Yukon XL and Cadillac Escalade ESV; 3)
14 GMT 880/800 crew cab pickups: 1999-2007 Chevrolet Silverado and GMC
15 Sierra; 4) GMT 805: 2002-2006 Chevrolet Avalanche; and 5) GMT 806:
16 2002-2006 Cadillac Escalade EXT.  The documents that General Motors
17 will produce in connection with the revised vehicle scope are as
18 follows:

19 • List of lawsuits and Not-In-Suit Matters ("NISMS") in
20   which allegations of personal injury related to alleged
   binding or jamming of seatbelt webbing, or failures to
   retract into the retractor have been made.
21

22 • Customer Assistance Center ("CAC") documents in which
23   allegations of binding or jamming of seatbelt webbing, or
   failures to retract into the retractor have been made.
   These documents would include certain non-privileged
24 portions of Product Allegation Resolution ("PAR") files;
   Reports of Preliminary Investigations ("1241's"); and
25 Owner Complaints.

26 • Technical Assistance Center ("TAC") reports, including
   field reports, in which allegations of binding or jamming
27 of seatbelt webbing, or failures to retract into the
   retractor have been made.
28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*06cv01539.stipo.Guerrero re mtn cmpl.wpd*

- Drawings depicting the safety belt systems to the extent that they have not been previously produced.

- Plaintiffs agree that they will not pursue the production of warranty information or other information otherwise sought in their Request for Production (Set One).

**2.    Consumer Contact Information**

In the spirit of cooperation, General Motors voluntarily agrees to provide the state, city and attorney name for each consumer identified on the list of lawsuits and Not-In-Suit-Matter ("NISM"), to the extent that such information is in General Motors' possession.

**3.    Deposition of Gay Kent**

General Motors voluntarily agrees to produce Gay Kent for deposition with regard to NHTSA Recall Campaign I.D. Number 05V163000.  The deposition will take place at 50 West Big Beaver Road, Suite 200, Troy, Michigan 48084 on a mutually convenient date.

It is further agreed that Plaintiffs' Motion to Compel Further Responses and to Produce Gay Kent for Deposition shall be withdrawn by Plaintiffs and be taken off-calendar.

**SO STIPULATED.**

DATED: July  30 , 2007          **MILES, SEARS & EANNI**


                                BY:/s/Douglas L. Gordon, Esq.
                                   DOUGLAS L. GORDON
                                   Attorneys for Plaintiffs

///

///

///
DATED: July  30 , 2007          **WILSON PETTY KOSMO & TURNER LLP**

*06cv01539.stipo.Guerrero re mtn cmpl.wpd*

```
                                        As authorized on July 30, 2007
                                     BY:/s/Christian S. Scott, Esq.
                                        VICKIE E. TURNER
                                        CHRISTIAN S. SCOTT
                                        Attorneys for Defendant
                                        GENERAL MOTORS CORPORATION
```

IT IS SO ORDERED.

**Dated:   August 1, 2007**              **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 4 -

*06cv01539.stipo.Guerrero re mtn cmpl.wpd*