WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
CHRISTIAN S. SCOTT (200218)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669

Attorneys for Defendant
GENERAL MOTORS CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, A Minor; ISRAEL GUERRERO, A Minor; JAZMINE GUERRERO, A Minor, by and through their Guardian ad Litem, ELIZABETH GUERRERO; ELIZABETH GUERRERO, Individually,<br><br>          Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS CORPORATION; TAKATA SEAT BELTS, INC.; and DOES 1 through 50,<br><br>          Defendants. | Case No.  1:06-CV-01539-LJO-SMS<br><br>**STIPULATION AND ORDER RE TAKING NON-EXPERT DEPOSITIONS AFTER NON-EXPERT DISCOVERY DEADLINE** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective attorneys of record, that the non-expert depositions set forth herein may take place after the non-expert discovery deadline of August 24, 2007, and that said non-expert depositions will take place on dates and times mutually convenient to all counsel.  The parties will use their best efforts to complete the depositions as soon thereafter of the non-expert discovery deadline of August 24, 2007.

The non-expert depositions are as follows:

    1.    Maria Contreras;

    2.    Jesus Contreras;

    3.    Miguel Contreras; and

1

PDF created with pdfFactory trial version www.pdffactory.com

4. Captain Mark Kingsbury.

**IT IS SO STIPULATED**.

DATED: August  15 , 2007         **MILES, SEARS & EANNI**


                                  By:  /s/ Richard C. Watters
                                       RICHARD C. WATTERS, ESQ.
                                       DOUGLAS L. GORDON
                                       Attorneys for Plaintiffs

DATED: August  16 , 2007         **WILSON PETTY KOSMO & TURNER**


                                  By:  /s/ Christian S. Scott
                                       VICKIE E. TURNER
                                       CHRISTIAN S. SCOTT
                                       Attorneys for Defendant
                                       GENERAL MOTORS CORPORATION

DATED: August  15 , 2007         **HUNTER, MOLLOY & SALCIDO, LLP**


                                  By:  /s/ Michael J. Belcher
                                       MICHAEL J. BELCHER
                                       Attorneys for Defendant
                                       TAKATA SEAT BELTS, INC.

**IT IS SO ORDERED**.

Dated:  8/16/2007                  /s/ Sandra M. Snyder
                                  SANDRA M. SNYDER
                                  UNITED STATES MAGISTRATE JUDGE

2

Case No. 1:06-CV-01539-LJO-SMS
STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com