1    BOWMAN AND BROOKE LLP
Anthony S. Thomas (SBN 149284)
2    Thomas M. Klein (*Pro Hac Vice*)
879 West 190th Street, Suite 700
3    Gardena, CA 90248
Tel:    (310) 768-3068
4    Fax:    (310) 719-1019
Email: tony.thomas@bowmanandbrooke.com
5
Attorneys for Defendant
6    GENERAL MOTORS CORPORATION

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   MONIQUE GUERRERO, a minor; ISRAEL GUERRERO, a minor; JAZMINE GUERRERO, a minor, by and through their Guardian ad Litem, ELIZABETH GUERRERO; ELIZABETH GUERRERO, individually, | **CASE NO. 1:06-CV-01539-LJO-SMS** |
| Plaintiffs, | **STIPULATION TO CONDUCT EXPERT DEPOSITIONS BEYOND THE EXPERT DISCOVERY DEADLINE;** |
| vs. | **ORDER** |
| GENERAL MOTORS CORPORATION; TAKATA SET BELTS, INC.; and DOES 1 through 50, | Trial Date:        April 7, 2008 |
| Defendants. | |

21      IT IS HEREBY STIPULATED by and among the parties hereto, through their

22 respective counsel of record, as follows:

23      1.      The current expert deposition completion date is February 1, 2008.

24      2.      Due to scheduling difficulties, the deposition of plaintiffs' expert Kenneth R.

25            Laughery, Ph.D. will be taken on February 8, 2008, in Chicago, Illinois,

26      3.      Due to scheduling difficulties, the deposition of GM's expert Elizabeth

27            Raphael, M.D. will be taken on February 11, 2008, in San Carlos, California.

28    / / /

PDF created with pdfFactory trial version www.pdffactory.com

1     4.      The parties agree to waive the expert deposition cut-off for the limited

2    purpose of completing the aforementioned depositions.

3

4    Dated:  December 13, 2007          MILES SEARS & EANNI

5

6                  By:  /s/ Douglas L. Gordon

7                      Douglas L. Gordon
                        Richard C. Watters

8                      Attorneys for Plaintiffs
                      MONIQUE GUERRERO, a minor;

9                      ISRAEL GUERRERO, a minor;
                      JAZMINE GUERRERO, a minor, by and

10                   through their Guardian ad Litem,
                      ELIZABETH GUERRERO; ELIZABETH

11                   GUERRERO, individually

12   Dated:  December 13, 2007          BOWMAN AND BROOKE LLP

13

14

15                  By:  /s/ Anthony S. Thomas
                      Anthony S. Thomas

16                      Thomas M. Klein
                      Attorneys for Defendant

17                   GENERAL MOTORS CORPORATION

18   Dated:  December 13, 2007          HUNTER, MOLLOY & SALCIDO, LLP

19

20

21                  By:  /s/ Michael J. Belcher
                      Michael J. Belcher

22                      Attorneys for Defendant
                      TAKATA SEAT BELTS INC.

23

24                       **<u>ORDER</u>**

25

26    **IT IS SO ORDERED.**

27   Date:   12/18/2007          /s/ Sandra M. Snyder
                      HON. SANDRA M. SNYDER

28                    United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com