```
RICHARD C. WATTERS, ESQ. - 060162                    (SPACE BELOW FOR FILING STAMP ONLY)
DOUGLAS L. GORDON, ESQ. - 163992
            LAW OFFICES OF
       MILES, SEARS & EANNI
       A PROFESSIONAL CORPORATION
          2844 FRESNO STREET
            P.O. BOX 1432
       FRESNO, CALIFORNIA 93716
       TELEPHONE (559) 486-5200
```

Attorneys for **Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| MONIQUE GUERRERO, A Minor; ISRAEL GUERRERO, A Minor; JAZMINE GUERRERO, A Minor, by and through their Guardian ad Litem, ELIZABETH GUERRERO; ELIZABETH GUERRERO, Individually<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION; TAKATA SEAT BELTS, INC.; and DOES 1 THROUGH 50,<br><br>Defendants. | NO. 1:06-CV-01539-LJO-SMS<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANTS' SUPPLEMENTAL DESIGNATIONS OF EXPERT WITNESSES**<br><br>**Trial Date: April 7, 2008** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs object to defendant General Motors Corporation's supplemental expert witness disclosures, pursuant to F.R.C.P. 26(a)(2), subdivisions (B) and (C), on the ground that such disclosures do not comply with the requirements of such sections regarding written reports. Specifically, reports from the following designated expert witnesses have not been timely

///

///

*Objection to Supplemental Expert Witnesses.wpd*

1 provided within 30 days after the disclosure is made by the other
2 party:
3 • Alisa Gean, M.D.
4 • Tom Daniel, BS, MS
5 • Artie Martin
6 In addition, plaintiffs object to the designation of the
7 following expert witness on the ground that his Rule 26 written
8 report fails to comply with F.R.C.P. 26(a)(2)(B), in that it fails
9 to contain a complete statement of all opinions to be expressed and
10 the basis and reasons therefor, etc.
11 • John P. Kearns
12 DATED: January 14, 2008     MILES, SEARS & EANNI
13
14                             BY:/s/Douglas L. Gordon, Esq.
                                   DOUGLAS L. GORDON
15                                 Attorneys for Plaintiffs

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*Objection to Supplemental Expert Witnesses.wpd*