1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, a minor;<br>ISRAEL GUERRERO, a minor;<br>JAZMINE GUERRERO, a minor, by<br>and through their Guardian ad Litem,<br>ELIZABETH GUERRERO;<br>ELIZABETH GUERRERO, individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION;<br>TAKATA SET BELTS, INC.; and DOES 1<br>through 50,<br><br>          Defendants. | CASE NO. 1:06-CV-01539-LJO-SMS<br><br>**STIPULATION THAT THE ASSIGNED MAGISTRATE JUDGE PARTICIPATE IN SETTLEMENT CONFERENCE; ORDER**<br><br>DATE:   February 13, 2008<br>TIME:   10:00 a.m.<br>CTRM:   7<br><br>Trial Date:         April 7, 2008 |

Pursuant to Local Rule 16-270, it is hereby stipulated by and among the parties hereto, through their respective counsel of record, as follows:

1. The parties affirmatively request that the assigned Magistrate Judge, the Honorable Sandra M. Snyder, participate in the conference.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties waive any claim of disqualification on that basis to act as Magistrate Judge in the action thereafter.

Dated: February 8, 2008                     MILES SEARS & EANNI

By: /s/ Richard C. Watters
    Douglas L. Gordon
    Richard C. Watters
    Attorneys for Plaintiffs
    MONIQUE GUERRERO, a minor;
    ISRAEL GUERRERO, a minor;
    JAZMINE GUERRERO, a minor, by and
    through their Guardian ad Litem,
    ELIZABETH GUERRERO; ELIZABETH
    GUERRERO, individually

Dated: February 8, 2008                     BOWMAN AND BROOKE LLP

By: /s/ Thomas M. Klein
    Anthony S. Thomas
    Thomas M. Klein
    Attorneys for Defendant
    GENERAL MOTORS CORPORATION

Dated: February 4, 2008                     /s/ Eugene M. Genson
                                            EUGENE M. GENSON

Dated: February 5, 2008                     HUNTER, MOLLOY & SALCIDO, LLP

By: /s/ Michael J. Belcher
    Michael J. Belcher
    Attorneys for Defendant
    TAKATA SEAT BELTS INC.

/ / /
/ / /
/ / /
/ / /

C:\windows\temp\notes101AA1\~5491502.DOC
STIPULATION THAT THE ASSIGNED MAGISTRATE JUDGE PARTICIPATE IN SETTLEMENT CONFERENCE; [PROPOSED] ORDER
PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED.**

Date:  2/12/2008

    /s/ Sandra M. Snyder
HON. SANDRA M. SNYDER
United States Magistrate Judge

C:\windows\temp\notes101AA1\~5491502.DOC
STIPULATION THAT THE ASSIGNED MAGISTRATE JUDGE PARTICIPATE IN SETTLEMENT CONFERENCE; [PROPOSED] ORDER
PDF created with pdfFactory trial version www.pdffactory.com