IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, et al., | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON JURY QUESTIONNAIRE** |
| vs. | |
| GENERAL MOTORS CORP., et al., | |
| Defendants. | |

The parties seek to use a jury questionnaire. To that end, this Court ORDERS the parties' counsel to:

1. Meet and confer on matters to include in a proposed jury questionnaire; and
2. No later than March 14, 2008, submit to ljoorders@caed.uscourts.gov and to ggreen@caed.uscourts.gov an agreed upon jury questionnaire form and matters which the parties dispute.

Thereafter, this Court will rule on the form of the jury questionnaire.

IT IS SO ORDERED.

**Dated:   March 5, 2008**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE