# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, et al., | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON DEFENDANT GM'S MOTION FOR RECONSIDERATION RE: JURY QUESTIONNAIRE** (Doc. 117) |
| vs. | |
| GENERAL MOTORS CORP., et al., | |
| Defendants. | |

The Court has received and reviewed Defendant General Motors Corporation's ("GM's") motion for reconsideration, Plaintiffs' opposition and GM's reply to Plaintiffs' opposition. (Docs. 117, 118, and 121). The Court agrees with Plaintiffs that both the original question (Doc. 99, 4:9-15) and the newly-worded question (Doc. 117-1, 2:12-17) are attempts to precondition the jurors. The Court finds further that a neutral question relating to the issue of the ability or inability to follow the law would address GM's concerns without preconditioning the jury panel. Accordingly, this Court:

1. DENIES GM's motion for reconsideration, to the extent that GM moves to include the question proposed in its motion; and

2. GRANTS GM's motion for reconsideration, IF GM moves to insert a more neutral question to address GM's issue, such as the following: "Do you have strong views, one way or the other, on the use or non-use of safety restraints for minors in a motor vehicle?"

IT IS SO ORDERED.

Dated:   **March 20, 2008**          /s/ Lawrence J. O'Neill

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |