IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, et al., | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON  NEUTRAL STATEMENT OF THE CASE** |
| vs. | |
| GENERAL MOTORS CORP., et al., | |
| Defendants. | |

The Court read and reviewed Plaintiffs' proposed Neutral Statement and Defendants' Joint Proposed Neutral Statement of the case.  Plaintiffs and Defendants agree on the first paragraph, but disagree on how to phrase the position of the parties.  Having considered the parties' positions, **the Court  ORDERS that it will read Defendants' Proposed Pretrial Statement of the Case, 1:22-28 and 2:5-11.**  The Neutral Statement of the Case shall be:

On Thursday, April 6, 2006, plaintiff Elizabeth Guerrero was operating her 2005 Chevrolet Tahoe eastbound on Banducci Road in Tehachapi, California.  Seated in the second row of the vehicle were her three minor children, including plaintiffs Monique and Israel Guerrero.  Mrs. Guerrero lost control of the vehicle and slid off the roadway, where the front of her Tahoe impacted an oak tree on the right shoulder.  Monique Guerrero sustained a fracture of her T-3 thoracic vertebra and spinal cord contusion in the T3-T4 area, causing permanent paralysis from the nipple line down.

Plaintiffs contend Monique's seatbelt contained defects which caused Monique's injuries. Plaintiffs contend defendants General Motors Corporation and Takata Seat Belts, Inc. are jointly liable for their injuries. Plaintiffs Elizabeth and Israel Guerrero claim emotional distress damages.

Defendants contend that Mr. and Mrs. Guerrero did not properly restrain their daughter, Monique, and that caused Monique's injuries. Defendants also contend that Mrs. Guerrero caused the accident.

IT IS SO ORDERED.

**Dated:   April 1, 2008**                         /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE