# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, et al., | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON VOIR DIRE QUESTIONS** |
| vs. | |
| GENERAL MOTORS CORP., et al., | |
| Defendants. | |

The Court read and reviewed Defendant Takata Seat Belt, Inc.'s ("Takata's") proposed voir dire questions (Doc. 167). Takata proposed twelve (12) questions for this Court to ask during its voir dire of the prospective jury panel. Neither Plaintiffs nor Defendant General Motors Corporation ("GM") submitted proposed voir dire questions. Having considered Takata's request, this Court ORDERS as follows:

1. The Court will inquire on the issue of sympathy, the subject of Tataka's proposed question number one (1);

2. The Court <u>will</u> ask Takata's proposed questions 3, 5, and 12 as proposed;

3. The Court <u>will not</u> ask Takata's proposed questions 2, 4, 6-11, as they are intended to argue the case; and

4. **Plaintiffs and GM are precluded** from submitting voir dire questions for the Court to ask, as the deadline for submission of voir dire questions passed. (Pretrial Order, ¶ V). IT IS SO ORDERED.

**Dated:   April 1, 2008**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE