**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON DEFENDANT GM'S OBJECTIONS TO PORTIONS OF DEPOSITION TESTIMONY OF GAY KENT AND WILLIAM MALOPOLSKI** |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

On March 31, 2008, Defendant General Motors Corporation ("GM") filed objections to Plaintiffs' designation of deposition testimony of William Malopolski and Gay Kent (Docs. 164, 165). GM objects to one line of William Malopolski's designated deposition testimony. GM raises 21 objections to the designated deposition testimony of Gay Kent.

Paragraph R(6) of the Pretrial Order (Doc. 96) requires:

> All objections [to deposition testimony] shall be in writing, shall identify by page and line number the testimony or content subject to the objection, and shall include a citation to the legal authority explaining the grounds for the objection and why the testimony or content is improper. A concise argument concerning the testimony or content may be included.

GM listed the page and line number of the testimony subject to the objections, but failed to include a citation to the legal authority explaining the grounds for the objection. GM further failed to explain why the testimony or content is improper.

      Having read and reviewed GM's objections, along with the Pretrial Order requirements, this Court:

1. SUSTAINS GM's objection to page 48, lines 24-25 of William Malopolski's deposition testimony. Neither the two questions asked nor the partial answer is clear enough to be read and/or relied upon by the jury; and

2. OVERRULES each of GM's 21 objections to the designated deposition testimony of Gay Kent, based on the absence of legal specificity and/or authority.

IT IS SO ORDERED.

**Dated:   April 1, 2008**           /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE