IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON DEFENDANTS' OBJECTIONS TO BILL RIPPEE AND RON J. MONIS (Witnesses)** |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

On March 28, 2008, Defendants General Motors Corporation ("GM") and Takata Seat Belts, Inc. ("Takata") (collectively "Defendants") objected to Plaintiffs' designation of Bill Rippee and Ron Monis as witnesses at trial (Doc. 141). Plaintiffs responded to Defendants' objections on April 2, 2008 (Doc. 193). The Court considered Defendants objections and Plaintiffs response, and issues the following order.

In their response, Plaintiffs withdraw Bill Rippee as a witness. Based on Plaintiffs' withdrawal of Bill Rippee as a witness, no ruling is needed on Defendants' objections to the designation of Bill Rippee as a witness in this trial.

Defendants object to Plaintiffs' designation of Ron Monis as a witness based on the grounds that Plaintiffs did not identify him as a witness in any of the pre-trial disclosures and did not list Ron Monis

as a witness until after the August 24, 2007 cut-off date for non-expert discovery.  In response, Plaintiffs point out that Defendants failed to file their final witness list with this Court in a timely manner, pursuant to the Pretrial Order (Doc. 96). Plaintiffs explain that Ron Monis is a foundational witness to be used in the second phase of the trial and maintain that he should be permitted to testify.

Ron Monis is listed as a witness in this Court's Pretrial Order (Doc. 96, 36:5-10).  Defendants did not object to Mr. Monis at the time he was designated nor raise the issue at the Pretrial Conference. Defendants did not move to exclude Ron Monis's testimony at the motion in limine hearing.  Rather, Defendants waited to object to Ron Monis' testimony for the first time over month after they became aware of the witness, and more importantly, less than one week before the trial is set to begin. Accordingly, Defendants objection is unreasonable and untimely.

For this reasons, this Court OVERRULES Defendants' objections to Plaintiffs' designation of Ron Monis as a witness.

IT IS SO ORDERED.

**Dated:   April 3, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE