**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON DEFENDANTS' OBJECTIONS TO TESTIMONY OF KEVAN CRAIG, M.D., TIEN T. NGUYEN, M.D., AND ROBERT ROGERS** (Docs. 178, 180, 181) |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

On March 28, 2008, Defendants General Motors Corporation ("GM") and Takata Seat Belts, Inc. ("Takata") (collectively "Defendants") objected to and moved to strike portions of the deposition testimonies of: (1) Kevan Craig, M.D., (2) Tien Nguyen, M.D., and (3) Robert Rogers (Docs. 178, 180, 181). Having considered Defendants' objections, and reviewed the relevant portions of the deposition testimonies, this Court rules as follows:

**Objections to the Deposition Testimony of Kevan Craig, M.D. (Doc. 178)**

(1) This Court SUSTAINS Defendants' objection to page 10, line 19 through page 11, line 7 (10:19-11:7). Defendants argue that this testimony calls for speculation and is without foundation. This Court agrees that there is no foundation for the opinion given.

1

(2) This Court SUSTAINS Defendants' objection to page 12, lines 17-21, for lack of foundation.

(3) This Court GRANTS Defendants' motion to strike the comment of counsel on page 21, lines 8-9. Counsel's comment adds nothing of substance to the question or answer.

(4) This Court GRANTS Defendants' motion to strike page 21, lines 15-16 in the following way: Counsel's comment of "Thank you" and the deponent's response of "You're welcome" is stricken.

(5) This Court GRANTS Defendants' motion to strike page29, lines 6-10, as this question was objected to and withdrawn.

(6) This Court GRANTS Defendants' motion to strike page 47, lines 19-21, as this question was withdrawn.

(7) This Court GRANTS Defendants' motion to strike page 52, lines 14-24, as these are comments between counsel and not testimony.

**Defendants' Objections to the Deposition Testimony of Tien Nguyen, M.D. (Doc. 180)**

(1) This Court GRANTS Defendants' motion to strike page 46, lines 5-15. Defendants argue the answer should be stricken as it is speculative and lacks foundation. Dr. Nguyen's testimony, begins with "This is purely presumption here...." Thus, the neurosurgeon's answer gives the impetus to grant this motion on both grounds.

**Defendants' Objections to the Deposition Testimony of Robert Rogers (Doc. 181)**

(1) This Court DENIES Defendants' motion to strike page 56, lines 8-11. Defendants argue that this is an answer without a question preceding and therefore has no meaning. Having reviewed the deposition testimony, this Court finds that the answer at page 56, lines 8-11 is responsive to the question at page 55, lines 14-16. Therefore, the answer is responsive.

(2) This Court DENIES Defendants' motion to strike page 59, lines 21-25. Defendants move to strike the balance of the answer after "Yes it is" as non-responsive; however,

1 | Defendants motion to strike is not on point. The answer that appears at the lines
2 | Defendants identified is "Yes." There is nothing after the answer "Yes" to strike.
3 | (3) This Court DENIES Defendants' motion to strike page 23, lines 4-14. Defendants move
4 | to strike the statement of counsel and the answer of the witness, because Defendants
5 | assert that no question was asked. Defendants claim that the prior question at page 23,
6 | lines 2-3 was asked and answered. This Court finds that the motion to strike does not
7 | apply to the text of this portion of the deposition. There are three (3) questions asked
8 | after the question on page 23, lines 1-2. There is no question at page 23, lines 2-3.

10  IT IS SO ORDERED.

11  **Dated:   April 3, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE