IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON PARTIES' OBJECTIONS TO EXHIBITS** (Docs. 171, 185) |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

On March 31, 2008, Plaintiffs filed objections to Defendants proposed exhibits. On April 1, 2008, Defendants filed their joint objections to Plaintiffs' exhibits. This Court has read and reviewed Plaintiffs' and Defendants' respective objections. This Court requires more information to rule on the objections to Plaintiffs' and Defendants' exhibits. The Court's ruling are contingent on several considerations including whether testimony is offered, a proper foundation is laid, Fed. R. Evid. 403 considerations, whether an expert has testified, whether the party has withdrawn the exhibit, hearsay exceptions, etc. For these reasons, this Court:

(1) RESERVES ruling on the individual objections at this time. The Court will rule on the exhibit objections during the normal course of the trial; and

(2) ORDERS that Plaintiffs' and/or Defendants' individual exhibit objections **will be waived unless raised** at the appropriate time during the course of the trial (i.e, when a party offers the exhibit into evidence).

IT IS SO ORDERED.

**Dated:   April 3, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE