**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON AMENDED SPECIAL VERDICT FORM** (Doc. 209) |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. / | |

Pursuant to this Court's Order Regarding the Proposed Special Verdict Forms (Doc. 191), the parties filed an amended Special Verdict Form on April 3, 2008.  The parties indicate that they have agreed on proposed special verdict form, with the exception of one item.  On Special Verdict Form questions 22, 23, and 24, Defendants assert that a space should be included for "All Other Persons." Plaintiffs object to the inclusion of a spaced for "All Other Persons" in Special Verdict Form questions 22, 23, and 24.

Having read and reviewed the amended Special Verdict Form, this Court ORDERS:

(1) Whichever counsel has the amended Special Verdict Form filed April 3, 2008 on their computer **SHALL re-format** the amended Special Verdict Form in the following ways:

    (A) The amended Special Verdict Form shall be placed in a legal pleading/verdict format (i.e., numbered lines, etc.);

    (B) The "Does" shall be removed from the caption; and

    (C) All indications of attorney and law firm names shall be removed.

 (2) Whichever counsel has the amended Special Verdict Form filed April 3, 2008 on their computer **SHALL bring, on April 7, 2008, an original and four (4) copies** (original for jury, one copy for each party, one copy for the court) of the amended Special Verdict Form **in two versions**:

    (A) The amended Special Verdict Form with the phrase "All Other Persons" included in questions 22, 23, and 24; **and**

    (B) The amended Special Verdict Form without the phrase.

 (3) At the end of the trial, the Court will decide which version of the amended Special Verdict Form will go to the jury. The Court will base its decision on whether evidence is presented at trial to warrant inclusion of the disputed language.

IT IS SO ORDERED.

**Dated: April 3, 2008**       /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE