IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER FOR ADDITIONAL BRIEFING REGARDING WITNESS RON MONIS** |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

Defendants General Motors Corporation ("GM") and Takata Seat Belts, Inc. ("Takata") (collectively "Defendants") move for reconsideration of this Court's April 3, 2008 Order overruling Defendants' objections to Plaintiffs' designation of Ron Monis as a trial witness. Defendants argue that this Court committed error by finding that Defendants failed to object previously to Plaintiffs' designation of Ron Monis as a trial witness.

The Court finds that additional briefing is necessary to review Defendants' motion for reconsideration. Therefore, **Plaintiffs are ORDERED to respond, no later than Friday, April 4, 2008 at 10:00 a.m., to paragraphs 1, 2, 6, and 7 of the motion for reconsideration (Doc. 211).**

Paragraph #5 of the motion for reconsideration will not be the basis of the Court's ultimate ruling. Each motion is decided by this Court based on the combination of fact and law as to the specific motion before it.

IT IS SO ORDERED.

**Dated:   April 3, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE