IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER FOR ADDITIONAL BRIEFING REGARDING PLAINTIFFS' PROPOSED ADDITIONAL JURY INSTRUCTIONS** |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

On April 3, 2008, Plaintiffs moved for leave to include three additional jury instructions (Doc. 210). Plaintiffs assert that proposed jury instructions were inadvertently omitted from Plaintiffs' timely request for instructions filed on March 31, 2008. The instructions Plaintiffs propose to add are: (1) CACI 3700 (Introduction to Vicarious Liability); (2) CACI 3701 (Tort Liability Asserted Against Principal-Essential Factual Elements) and (3) CACI 3705 (Existence of "Agency" Relationship Disputed).

Defendants General Motors Corporation and Takata Seat Belts, Inc. (collectively "Defendants") **are ORDERED to respond, no later than Tuesday, April 8, 2008 at 8:00 a.m.**, to Plaintiffs' request for leave to include the three additional jury instructions. (The Court understands that the issue is not the filing, but rather the substance of the proposed instructions that is in dispute) Defendants shall file either an opposition to Plaintiffs' request, or a statement of non-opposition to Plaintiffs' request to include the three additional jury instructions. Defendants' opposition, if any, shall conform to this Court's instructions on a party's opposition to jury instructions contained in the Pretrial Order.

IT IS SO ORDERED.

**Dated:   April 4, 2008**                                 **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE

1