IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER FOR ADDITIONAL BRIEFING AFTER SEAT BELT INSPECTION** |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. | |

Plaintiffs' motion to include additional jury instructions on agency is under review in this Court. This Court has read and considered Plaintiffs' motion and memorandum in support, and Defendants' opposition and supplemental opposition. The disputed agency issue is narrow and relates only to whether Fernando Grenados acted as an agent of Defendant General Motors Corporation The importance of the issue centers on whether Fernando Grenados introduced a twist in the webbing of the seat belt which was manipulated past the web guide and onto the retractor spool.

Tomorrow, April 11, 2008, the parties intend to inspect the seat belt at issue to determine whether a twist in the webbing exists. If no twist is discovered, then the agency issue in question is presumably moot. Accordingly, **this Court orders counsel for Plaintiff, no later that Monday, April 14, 2008 at 10:00 a.m., to file and serve a declaration to inform this Court of the results of the April 11, 2008 inspection of the seat belt webbing**. Counsel for defendants shall review Plaintiffs' counsel's declaration before it is filed. If Defendants' counsel disagree with the Plaintiffs' declaration, they shall file an additional declaration no later than April 11, 2008 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   April 10, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE