Eugene M. Genson, SBN 40812
Attorney At Law
9437 Vanalden Ave.
Northridge, CA 91324
Telephone:   (818) 718-2594
Facsimile:   (818) 718-9475

Michael J. Belcher, SBN: 44836
HUNTER, MOLLOY & SALCIDO, LLP
225 South Lake Avenue, Suite 600
Pasadena, California 91101
Telephone:   626-568-2500
Facsimile:   626-405-0786

Attorneys for Defendant
TAKATA SEAT BELTS INC.

FILED

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MONIQUE GUERRERO, a minor, by and through her Guardian ad Litem, ELIZABETH GUERRERO, Individually<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION; TAKATA SEAT BELTS, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No.:  1:06-CV-01539-LJO-SMS<br><br>STIPULATION, PROTOCOL AND ORDER [PROPOSED] REGARDING THE DISASSEMBLY AND INSPECTION OF THE SEATBELT USED BY MONIQUE GUERRERO AT THE TIME OF THE ACCIDENT FORMING THE BASIS FOR THE INSTANT LAWSUIT |

It is hereby stipulated by and between the parties, through their respective counsel of record, that the seatbelt being used by Monique Guerrero at the time of the accident which forms the basis for this lawsuit shall be inspected pursuant to the following protocol, and the experts for each of the parties shall be have their depositions taken as set forth herein:

1. After the Plaintiffs have had a reasonable opportunity to present to the jury the

1  seatbelt/retractor Monique Guerrero was using at the time of the accident, the trial shall be
2  recessed at the end of testimony on the first Thursday afternoon following the beginning of the
3  trial, and shall resume the following Tuesday morning.

4
5  2. The parties are ordered to meet at ~~10:00~~ 9:00 a.m., on Friday, to engage in the disassembly
6  and inspection of the seatbelt retractor in a manner consistent with this protocol. The disassembly
7  and inspection shall take place at Castaneda Engineering, Inc., 4652 East Carmen, Fresno,
8  California 93703 [(559) 255-7885].

9

10  3. The parties shall provide a professional videographer, who will videotape the inspection
11  and testing. The videotaping of this inspection and tests shall begin before the seatbelt retractor
12  and associated seatbelt webbing is removed from its currently sealed package. The videotaping
13  shall be continuous, except during the time when it may become necessary for the videographer
14  to change the videotape in the camera, or change batteries in the camera. During such breaks
15  in the videotaping, no work on the belt or retractor shall be performed. All inspection shall cease
16  at that point, and the belt and retractor held in that position until such time as the videotaping
17  resumes.

18

19  4. Each party may designate one of its previously disclosed experts and one assistant to
20  participate in the inspection, and to carry out any inspecting and/or testing which is consistent with
21  this protocol. The expert nominated by such a party shall be the only witness to give expert
22  testimony as it relates to the disassembly and inspection of the seatbelt/retractor. The experts are
23  ordered to cooperate with one another in connection with this inspection.

24

25  5. The seat belt retractor and associated seatbelt webbing will be gently laid out on a flat
26  board or jig, being careful not to disturb the clips holding the seat belt webbing to the plastic
27  sleeve. The condition of these items will be fully photographed by Takata's consultant, to
28

1  document the condition in which they are received. Documentation of the condition shall include
2  measurements taken from the point where the webbing passes through the lower anchor, to other
3  points along the webbing. The webbing and the retractor will be photographed both front and
4  back, and the sides of the retractor housing as well. All parties attending the inspection shall be
5  allowed to take their own photographs. All photographs shall be exchanged among the parties.

7  6. Prior to removing the clips currently holding the seat belt webbing to the plastic sleeve,
8  which is attached to the retractor housing, Plaintiffs' expert shall preload the webbing to a tension
9  force of two Newtons.

11  The webbing may be marked with a blue or black marking pen, with the mark
12  corresponding to the top of the plastic sleeve. The distance from that mark to the point where the
13  webbing passes through the lower anchor (hereinafter the "Reference Point") shall be
14  documented by photographs, measuring tape and video.

16  The tension force of two Newtons shall be maintained as closely as possible while
17  releasing the clips. After the clips are released, and the tension force of two Newtons is stabilized,
18  the tension shall be solely reduced while the tension force is monitored.

20  7. The gray plastic sleeve attached to the retractor housing will be removed, and the
21  webbing underneath that area may be examined and documented with regard to any marks on,
22  or damage to, the webbing. The sleeve will be detached from the black plastic housing, by means
23  of a screwdriver. The sleeve will be pried over the black plastic clips protruding through its front
24  surface. The webbing shall be marked with a blue or black marking pen, at a point corresponding
25  to the top of the black plastic housing where it is affixed to the retractor frame, and its distance
26  from the Reference Point shall be measured and recorded. Thereafter, the plastic sleeve may be
27  replaced to its original position, left off or subsequently removed from that position to facilitate the

1  inspection.

2

3        8. The consultant for Takata shall then be allowed to pull on the seatbelt webbing, in a
4  direction away from the retractor (while monitoring the tension force), and release the same, to
5  determine whether the webbing will retract into the seatbelt retractor. This procedure may be
6  repeated, as necessary.

7

8        9. If the webbing does not retract as a result of the procedures performed under paragraph
9  8 above, the consultant for Takata shall then be allowed to rotate the retractor spool, with
10 measured light to moderate force, to determine whether it may be moved, and whether moving
11 it allows the webbing to be retracted onto the spool. The consultant for Takata shall be allowed
12 to rotate the retractor spool, as against the force meter provided by Plaintiffs' consultant, until the
13 webbing has retracted onto the spool a maximum of 5". All such activities shall be closely
14 videotaped by the professional videographer.

15

16       10. A small hole may be drilled (a maximum of 1/4") in the plastic housing on the outside
17 of the retractor frame, on what is nominally referred to as the "driver's side" of the retractor. This
18 hole shall be positioned to allow the insertion of a pin or wire to release the ALR lever, and allow
19 the webbing to be extracted from the retractor spool. The webbing shall be extended gradually,
20 so that the condition of the webbing and any anomalies in the webbing or its orientation on the
21 retractor spool may be documented. If necessary, the gray plastic sleeve may be repositioned
22 to observe the condition of the webbing.

23

24       11. With the webbing in the fully extended position, it shall be clipped to the black plastic
25 housing attached to the retractor frame, so that it will not retract into the retractor housing. The
26 condition of the seatbelt webbing, both front and back, shall be documented by videotape and still
27 photographs. Each party shall be permitted to mark key points of interest found on the webbing.
28

1  Such markings shall not obliterate any point of interest found on the webbing, and shall be no
2  larger than is reasonably necessary to mark the location of the point of interest. In addition, the
3  condition of the inside of the retractor frame shall be similarly documented, to the extent possible.

5      12. At the conclusion of the examination, the seatbelt and retractor shall be laid out on a
6  flat table, and once again photographed and videotaped to document the condition of the webbing
7  and the retractor. The seatbelt shall be left in the fully extended position, and shall be clipped to
8  the black plastic housing attached to the retractor frame. The retractor and webbing shall then be
9  folded in a manner designed to preserve any evidence on the webbing, including twists, folds or
10 abrasions. The webbing shall then be replaced in the sealed package from which it came, and
11 returned to Plaintiffs' attorney or his designee, who shall produce the same at trial, on any
12 reasonable request.

14     13. The inspection shall be completed in one day. Thereafter, the parties shall have one
15 day to meet and confer with their experts concerning their findings.

17     14. Beginning at 9 a.m. on Saturday, the depositions of the respective parties' seatbelt
18 experts shall begin. The order of the deposition shall be as follows:

20     A. The deposition of Robert Gratzinger shall begin at 9:00 a.m.;

22     B. The deposition of William Broadhead shall begin at 11:30 a.m.; and

24     C. The deposition of David Peruski shall begin at 2:00 p.m..

26     The depositions shall be held at the offices of Miles, Sears & Eanni, located at 2844 Fresno
27 St., Fresno, CA 93716.

The depositions of these experts shall be limited to their observations, findings and opinions as a result of this inspection. Furthermore, these depositions are limited to a maximum of two hours each.

15. Any disputes arising during either the inspection or the deposition of the respective experts shall be resolved through telephone consultation with Magistrate Judge Snyder.

*/s/ Michael Belcher*
*/s/ Douglas T. Gorder*
*/s/ A.S. Thomas*

**ORDER**

Good because appearing therefore, the stipulation of the parties is hereby made the order of this Court.

April 10, 2008

_____
The Honorable Lawrence J. O'Neill