IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE GUERRERO, *et al.*, | CASE NO. CV F 06-1539 LJO SMS |
| Plaintiffs, | **ORDER ON DEFENDANTS' JOINT MOTION TO RE-OPEN LIMITED DISCOVERY** (Doc. 239) |
| vs. | |
| GENERAL MOTORS CORP., *et al.*, | |
| Defendants. / | |

Defendants General Motors Corporation and Takata Seat Belts, Incorporated ("Defendants") jointly move to reopen discovery for the limited purpose of conducting exemplar surrogate work based on findings uncovered during the retractor disassembly that occurred on April 11, 2008. The retractor disassembly took placed after this trial began pursuant to an October 29, 2007 order signed by Magistrate Judge Sandra M. Snyder, granting in part Defendants' motion to compel Plaintiffs to produce the seatbelt for testing (Doc. 68). Pursuant to that order, the parties kept intact the seat belt until it could be shown to the jury. Thereafter, the seat belt would be disassembled. The parties conducted the April 11, 2008 disassembly pursuant to the Stipulation, Protocol and Order Regarding the Disassembly and Inspection of the Seat Belt Used by Monique Guerrero At the Time of the Accident Forming the Basis For the Instant Lawsuit (filed April 10, 2008, Doc. 234).

The Court heard arguments on this motion on April 15, 2008. The Court record, including the parties' arguments, this Court's complete reasoning, and this Court's ruling, are hereby incorporated in

1  this order.

2      At the hearing, the Court, in part, found that Defendants' basis for the additional discovery was
3  to provide better evidence.  Defendants admitted that they have existing evidence to prove the same
   issue, but wanted to reopen discovery to have the possibility to obtain better evidence.  Because
   Defendants' motion was for redundant evidence, , this Court DENIED Defendants' motion. (Doc. 239).
4  IT IS SO ORDERED.

5  **Dated:   April 15, 2008**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE
6

7

8

(lines 9–28 blank)

2